UNITED STATES of America,
Plaintiff–Appellee,

v.

Harold Lee ANDREU, Defendant–
Appellant.

No. 07–11443.

United States Court of Appeals,
Eleventh Circuit.

April 30, 2008.

James H. Burke, Jr., Federal Public Defender, R. Fletcher Peacock, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Appellant Harold Lee Andreu appeals his 30–month sentence for violation of his supervised release. He argues that the sentence imposed by the district court is a general one which is per se illegal. Because no clearly established rule of law in this circuit or any other circuit in the country holds that a general sentence cannot be imposed for a violation of supervised release,[1] we conclude that the district

court did not commit plain error. Accordingly, we affirm Andreu's sentence.

AFFIRMED.

---

1. We have held that a general sentence imposed on a judgment of conviction is per se illegal. *See United States v. Moriarty*, 429 F.3d 1012, 1025 (11th Cir.2005). However, we have never extended the holding of *Moriarty* to a term of imprisonment imposed on a revocation of supervised release.